RECEIVED
IN LAKE CHARLES, LA

SEP 27 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JENELL STEVENS, ET AL.** | : | **DOCKET NO. 2:04 CV 0772** |
| **VS.** | : | **JUDGE MINALDI** |
| **BANK ONE NA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reaosns set forth therein,

IT IS ORDERED that the Motion for Summary Judgment [doc. 19] filed by the defendant, Bank One, N.A. IS GRANTED.

IT IS FURTHER ORDERED that the plaintiff's claims are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this ____ day of September, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE